IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jose Cardenas,<br><br>    Plaintiff,<br><br>v.<br><br>D B Industries, LLC, and 3M d/b/a 3M Fall Protection,<br><br>    Defendants. | Case No. 21 cv 2200 |

**DEFENDANT DB INDUSTRIES, LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois, Defendant DB Industries, LLC ("DBI") states:

1.  DBI is a limited liability company.

2.  The sole member of DBI is Capital Safety North America Intermediate Holdings LLC. The sole member of Capital Safety North America Intermediate Holdings LLC is Capital Safety North America Holdings Inc.

Respectfully submitted,

By:   */s/ Jason P. Eckerly*
      Jason P. Eckerly, Esq. - jeckerly@smsm.com
      Patrick F. Sullivan, Esq. - psullivan@smsm.com
      SEGAL MCCAMBRIDGE SINGER & MAHONEY
      233 South Wacker Drive, Suite 5500
      Chicago, IL 60606
      (312) 645-7800
      *Attorneys for Defendants*

Jenny Gassman-Pines, Esq. – jgassman-pines@greeneespel.com
Aaron P. Knoll, Esq. – aknoll@greeneespel.com
GREENE ESPEL, PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402-3362
(612) 373-8371
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I, Jason P. Eckerly, attorney for DBI, hereby certify that on this 23rd day of April, 2021, a copy of the foregoing documents was served upon all counsel of record to their registered e-mail addresses via the CM/ECF filing system.

By: */s/ Jason P. Eckerly*
Jason P. Eckerly, Esq.