IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jose Cardenas,<br><br>  Plaintiff,<br><br>v.<br><br>D B Industries, LLC, and 3M d/b/a 3M Fall Protection,<br><br>  Defendants. | Case No. 21 CV 2200 |

**DEFENDANT 3M'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois, Defendant 3M d/b/a 3M Fall Protection ("3M") states:

1. 3M is a corporation whose shares are publicly traded.

2. 3M does not have a parent corporation.

3. The entities that own more than 5% of 3M's stock are as follows:

   - The Vanguard Group
   - BlackRock, Inc.
   - State Street Corporation

  Respectfully submitted,

  By: */s/ Jason P. Eckerly, Esq.*
     Jason P. Eckerly, Esq. - jeckerly@smsm.com
     Patrick F. Sullivan, Esq. - psullivan@smsm.com
     SEGAL MCCAMBRIDGE SINGER & MAHONEY
     233 South Wacker Drive, Suite 5500
     Chicago, IL 60606
     (312) 645-7800
     *Attorneys for Defendants*

Jenny Gassman-Pines, Esq. – jgassman-pines@greeneespel.com
Aaron P. Knoll, Esq. – aknoll@greeneespel.com
GREENE ESPEL, PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN 55402-3362
(612) 373-8371
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    I, Jason P. Eckerly, attorney for 3M, hereby certify that on this 23rd day of April, 2021, a copy of the foregoing documents was served upon all counsel of record to their registered e-mail addresses via the CM/ECF filing system.

By:   */s/ Jason P. Eckerly*
       Jason P. Eckerly, Esq.