**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**JOSE CARDENAS,**

    *Plaintiff,*

  **vs.**        **Case No. 1:21-cv-02200**

**D B INDUSTRIES, LLC, and**  **District Judge Martha M. Pacold**
**3M d/b/a 3M FALL PROTECTION** **Magistrate Judge Beth W. Jantz**

    *Defendant.*

## CERTIFICATE OF SERVICE

To: Jason P. Eckerly     Jenny Gassman-Pines
  Patrick F. Sullivan     Aaron P. Knoll
  Segal McCambridge Singer & Mahoney Greene Espel PLLP
  233 S, Wacker Drive, Suite 5500  222 S. Ninth Street Suite 2200
  Chicago, Il 60606     Minneapolis, MN 55402
  Jeckerly@smsm.com    JGassman-Pines@greeneespel.com
  Psullivan@smsm.com    AKnoll@greeneespel.com


   Susan D. Smith, an attorney, affirms and states that true and correct copy of Pltfs Expert Report, CV, 4 yr. Testimony, and Rate Sheet, were served on all interested parties in this action by email, on or before 5:00 p.m., June 29, 2022.

       HARMAN & FEDICK, LTD.


       By: /s/Susan D. Smith____
         Attorney For Plaintiff


HARMAN & FEDICK, LTD.
Attorneys for Plaintiff
221 North LaSalle Street, Suite 2150
Chicago, Illinois 60601
P:(312) 263-6452
F:(312)368-1140
firm@harmlaw.com